# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 23, 2023

Mr. Michael A. Bruzzone
3766 Via Verdi
Richmond, VA  94803

RE:  23-2485  Michael Bruzzone v. Intel Corporation

Dear Mr. Bruzzone:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Your appeal is being referred to the court. No briefing schedule will be established, and no additional pleadings are required from you. Our office will advise you of any action taken in your case.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

Please contact us if you have any questions about the case.

Michael E. Gans
Clerk of Court

CAH

Enclosure(s)

Page Two
23-2485

cc:   Mr. David Lee Brown
      Mr.  Clerk, U.S. District Court, Southern Iowa

        District Court/Agency Case Number(s):   4:22-cv-00430-RGE

**Caption For Case Number:   23-2485**

Michael A. Bruzzone

       Plaintiff - Appellant

v.

Intel Corporation

       Defendant - Appellee

**Addresses For Case Participants:   23-2485**

Mr. Michael A. Bruzzone
3766 Via Verdi
Richmond, VA  94803

Mr. David Lee Brown
HANSEN & MCCLINTOCK
5th Floor US Bank Building
520 Walnut Street
Des Moines, IA  50309-0000

Mr.  Clerk, U.S. District Court, Southern Iowa
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000